149 A.3d 559

**TOPP, Thelonious**

v.

**STATE of Maryland**

**Pet. Docket No. 374, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 2280, Sept. Term, 2014).

Petition for writ of certiorari denied.

149 A.3d 559

**WILLIAMS REALTY**

v.

**BD. OF LIQUOR LICENSE COMM'RS OF BALTIMORE CITY**

**Pet. Docket No. 357, Sept. Term, 2016**

Court of Appeals of Maryland.

November 23, 2016

Opinion of the Court of Special Appeals unreported (No. 1044, Sept. Term, 2014).

Petition for writ of certiorari denied.